IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| CONNOR O'KEEFE, on behalf of himself and all others similarly situated, | ) ) ) ) Case Number 1:23-cv-20700-JEM |
| Plaintiff, | ) ) |
| v. | ) **CLASS ACTION** ) |
| SEQUOIA CAPITAL OPERATIONS, LLC, et al., | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF O'KEEFE'S NOTICE OF DISMISSAL
OF DEFENDANT SIGNATURE BANK**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff O'Keefe hereby gives notice that all causes of action in the Complaint [Doc. No. 1] against Signature Bank are voluntarily dismissed, without prejudice.

Signature Bank has filed neither an answer nor a motion for summary judgment as to these claims. Dismissal under Rule 41 is therefore appropriate. *See, e.g., Cordis Corp. v. Siemens-Pacesetter, Inc.*, 682 F. Supp. 1200, 1201 (S.D. Fla. 1987).

Dated: April 5, 2023                                  Respectfully submitted,

**STUMPHAUZER KOLAYA NADLER & SLOMAN, PLLC**
2 South Biscayne Boulevard, Suite 1600
Miami, Florida 33131
T: (305) 614-1400
F: (305) 614-1425

*/s/ Jorge A. Pérez Santiago*
Timothy A. Kolaya, Fla. Bar No. 056140
Jorge A. Pérez Santiago, Fla. Bar No. 91915
Amy M. Bowers, Fla. Bar No. 105755
tkolaya@sknlaw.com
jperezsantiago@sknlaw.com
abowers@sknlaw.com

*Co-Counsel for Plaintiff Connor O'Keefe and the Putative Class*
**FISHMAN HAYGOOD, LLP**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:    504.556.5549
Facsimile:    504.949.8202

*/s/ Kerry J. Miller*
James R. Swanson, La. Bar. No. 18455
(*Motion to Appear Pro Hac Vice* pending)
Kerry J. Miller, La. Bar. No. 24562
(*Motion to Appear Pro Hac Vice* pending)
Benjamin D. Reichard, La. Bar No. 31933
(*Motion to Appear Pro Hac Vice* pending)
Molly L. Wells, La. Bar No. 36721
(*Motion to Appear Pro Hac Vice* pending)
Rebekka C. Veith, La. Bar No. 36062)
(*Motion to Appear Pro Hac Vice* pending)
C. Hogan Paschal, La. Bar No. 38495
(*Motion to Appear Pro Hac Vice* pending)
Monica Bergeron, La. Bar No. 39124
(*Motion to Appear Pro Hac Vice* pending)
jswanson@fishmanhaygood.com
kmiller@fishmanhaygood.com
breichard@fishmanhaygood.com
mwells@fishmanhaygood.com
rveith@fishmanhaygood.com
hpaschal@fishmanhaygood.com

mbergeron@fishmanhaygood.com

*Co-Counsel for Plaintiff Connor O'Keefe and the Putative Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2023, I electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Jorge A. Pérez Santiago*
JORGE A. PÉREZ SANTIAGO