UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CONNOR O'KEEFE, on behalf of himself and
All others similarly situated,

    Plaintiff,                                                    CASE NO.: 1:23-cv-20700

vs.                                                             **CLASS ACTION**

SEQUOIA CAPITAL OPERATIONS, LLC, et al.,

    Defendants.
_____/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Ana Kauffmann, Esq. of the law firm of Berger Singerman LLP, appears as counsel for Defendant, Thoma Bravo, L.P.  The undersigned hereby requests that copies of all motions, orders, process, briefs and other documents filed or served in this matter be served at the e-mail addresses listed below.

Dated: May 31, 2023                           Respectfully submitted,

                                                      BERGER SINGERMAN LLP
                                                      *Counsel for Thoma Bravo L.P.*
                                                      1450 Brickell Avenue, Suite 1900
                                                      Miami, FL 33131-3453
                                                      Telephone: (305) 755-9500
                                                      Facsimile: (305) 714-4340

                                                   By:  */s/ Ana Kauffmann*
                                                            Ana Kauffmann
                                                           Florida Bar No. 0089092
                                                           drt@bergersingerman.com
                                                           akauffmann@bergersingerman.com

12168882-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system upon all parties registered to receive electronic notice in this case on May 31, 2023.

By: */s/ Ana Kauffmann*
Ana Kauffmann

12168882-1