**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:23-cv-20700**

CONNOR O'KEEFE, on behalf of himself and all others similarly situated,

Plaintiff,

v.

SEQUOIA CAPITAL OPERATIONS, LLC et al.,

Defendants.

_____________________________________/

**JOINT AGREED MOTION FOR REASSIGNMENT / INTRA-DISTRICT TRANSFER OF RELATED CASE AND FOR STAY OF CASE DEADLINES AND SUPPORTING MEMORANDUM OF LAW**

Pursuant to the June 5, 2023 Transfer Order (the "Transfer Order") issued by the United States Judicial Panel on Multidistrict Litigation in *In re: FTX Cryptocurrency Exchange Collapse Litigation*, Case No. 1:23-MD-03076 ("FTX MDL"), Rule 7.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, and § 2.15.00 of this Court's Internal Operating Procedures ("IOP"), Plaintiff Connor O'Keefe and Defendants Altimeter Capital Management, L.P., Armanino LLP, Farmington State Bank d/b/a Moonstone Bank, Fenwick & West LLP, Multicoin Capital Management LLC, Paradigm Operations LP, Prager Metis CPAs, LLC, Ribbit Capital, L.P., Sequoia Capital Operations, LLC, SoftBank Vision Fund (AIV M2) L.P., SVF II Tempest (DE) LLC (together with SoftBank Vision Fund (AIV M2) L.P., "Softbank Defendants"),[1] Thoma Bravo, L.P., and Tiger Global Management, LLC (collectively, the

[1] Counsel to the Softbank Defendants advised that Plaintiff named the incorrect fund in his complaint—according to counsel, SVF II Tempest (DE) LLC, rather than SoftBank Vision Fund

"Parties"), by and through their undersigned counsel, jointly move this Court for an order reassigning and transferring the above-captioned case intra-district to the Honorable Michael K. Moore, who is now presiding over the related FTX MDL.[2] The grounds for this motion are set forth in the following memorandum of law.

**MEMORANDUM OF LAW**

Plaintiff, on behalf of himself and all others similarly situated, filed this putative Class Action Complaint against Defendants on February 22, 2023. (ECF No. 1).

On March 1, 2023, this matter was named in a Notice of Potential Tag-Along Actions filed before the United States Judicial Panel on Multidistrict Litigation ("JPML") in the FTX MDL. *See* FTX MDL, D.E. #8. On June 5, 2023, the JPML issued the Transfer Order, transferring eight (8) FTX-related lawsuits arising out of Mr. Bankman-Fried's alleged fraud and FTX's subsequent collapse pending before various other federal district courts to Judge Moore in this district for coordinated or consolidated pretrial proceedings. *Id.*, D.E. # 138, Exhibit A (identifying transferred cases).[3] This Court, through Chief Judge Altonaga, consented to the assignment of the actions to Judge Moore for coordinated or consolidated pretrial proceedings under Section 1407. *Id.*, D.E. # 137.[4]

The JPML also identified the instant case as a potential tag-along action. Transfer Order at 2. However, because JPML Rule 7.2(a) provides that "[p]otential tag-along actions filed in the

---

(AIV M2) L.P., is the property party. Plaintiff intends to amend his complaint to substitute SVF II Tempest (DE) LLC for Softbank Vision Fund (AIV M2) L.P.

[2] By filing this Joint Motion, Defendants do not waive any defenses and expressly reserve all rights in connection with the actions pending against them. Additionally, Defendants reserve their rights to contest personal jurisdiction in this Court.

[3] A copy of the Transfer Order is submitted herewith as Exhibit 1.

[4] A copy of the consent order signed by Chief Judge Altonaga is submitted herewith as Exhibit 2.

transferee district do not require Panel action," the Transfer Order did not formally transfer this action to Judge Moore. Instead, JPML Rule 7.2(a) provides that parties "should request assignment of such actions to the Section 1407 transferee judge in accordance with applicable local rules."

This Court's IOP 2.15.00, which is entitled "Transfer of Similar Actions," provides:

> Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail the unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the higher-numbered action or proceeding shall be transferred to the Judge assigned to the lower-numbered action.

As evidenced by Exhibit A to the Transfer Order, the three pending Southern District of Florida cases that were the subject of the Transfer Order—each of which is already assigned to Judge Moore—all bear lower case numbers than the instant case. See *Garrison v. Bankman-Fried*, Case No. 1:22-cv-23753 (S.D. Fla.); *Podalsky v. Bankman-Fried*, Case No. 1:22-cv-23983 (S.D. Fla.); and *Norris v. Brady*, Case No. 1:23-cv-20439 (S.D. Fla.).[5] And, as the Transfer order recognizes, this matter shares one or more common questions of law and/or fact with those related cases in the FTX MDL, all of which pertain to FTX's collapse, Mr. Bankman-Fried's alleged fraud, and claims of various plaintiffs against third parties who are alleged to have facilitated or aided and abetted that alleged fraud.

Consequently, to promote the just and efficient resolution of this matter and convenience of the parties and witnesses, and to avoid unnecessary duplication of judicial labor, the Parties

[5] The *Garrison* case was filed on November 15, 2022, and was originally assigned to Judge Moore. The *Podalsky* case was filed on December 7, 2022, and was originally assigned to Judge Bloom and then transferred to Judge Moore on December 9, 2022. The *Norris* case was filed on February 3, 2023, and was originally assigned to Judge Altonaga and then transferred to Judge Moore on February 15, 2023.

respectfully request that the Court reassign / transfer this matter to Judge Moore for coordination or consolidation in the FTX MDL currently pending before him.

In addition, it is anticipated that Judge Moore will require the Plaintiffs in the various cases in the FTX MDL to file a consolidated complaint (or consolidated complaints). To avoid duplication of effort, to preserve resources, and to allow appropriate time for the parties to comply with any such orders in the FTX MDL, the Parties also request that the Court stay all pending deadlines—including all deadlines for responding to the complaint—until further order by Judge Moore. A proposed order is submitted herewith as Exhibit 3.

Dated: June 13, 2023 Respectfully submitted,

| | |
|---|---|
| */s/ Timothy A. Kolaya*<br>Timothy A. Kolaya, Fla. Bar No. 056140<br>Amy M. Bowers, Fla. Bar No. 105755<br>STUMPHAUZER KOLAYA<br>NADLER & SLOMAN, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, Florida 33131<br>T: (305) 614-1400; F: (305) 614-1425<br>tkolaya@sknlaw.com<br>abowers@sknlaw.com<br><br>James R. Swanson, La. Bar. No. 18455<br>(*Admitted Pro Hac Vice*)<br>Kerry J. Miller, La. Bar. No. 24562<br>(*Admitted Pro Hac Vice*)<br>Benjamin D. Reichard, La. Bar No. 31933<br>(*Admitted Pro Hac Vice*)<br>Molly L. Wells, La. Bar. No. 36721<br>(*Admitted Pro Hac Vice*)<br>Rebekka C. Veith, La. Bar No. 36062<br>(*Admitted Pro Hac Vice*)<br>C. Hogan Paschal, La. Bar No. 38495<br>(*Admitted Pro Hac Vice*)<br>Monica Bergeron, La. Bar No. 39124<br>(*Admitted Pro Hac Vice*)<br>FISHMAN HAYGOOD L.L.P.<br>201 St. Charles Avenue, 46th Floor | */s/ Jay B. Shapiro*<br>Jay B. Shapiro<br>Fla. Bar # 776361<br>STEARNS WEAVER MILLER WEISSLER<br>ALHADEFF & SITTERSON, P.A.<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Tel.: (305) 789-3200<br>Facsimile: (305) 789-2664<br>jshapiro@stearnsweaver.com<br><br>David Hennes (admitted *pro hac vice*)<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 596-9000<br>Fax: (212) 596-9090<br>David.hennes@ropesgray.com<br><br>Amy Jane Longo (admitted *pro hac vice*)<br>ROPES & GRAY LLP<br>10250 Constellation Blvd.<br>Los Angeles, California 90067<br>Tel.: (310) 975-3000<br>Fax: (310) 075-3400<br>Amy.longo@ropesgray.com |

| | |
|---|---|
| New Orleans, Louisiana 70170-4600<br>(504) 586-5252; (504) 586-5250 fax<br>jswanson@fishmanhaygood.com<br>kmiller@fishmanhaygood.com<br>breichard@fishmanhaygood.com<br>mwells@fishmanhaygood.com<br>rveith@fishmanhaygood.com<br>hpaschal@fishmanhaygood.com<br>mbergeron@fishmanhaygood.com<br><br>*Counsel for Plaintiff and the Putative Class* | *Counsel for Defendant*<br>*Altimeter Capital Management, LP* |
| HUNTON ANDREWS KURTH LLP<br><br>*/s/ Tom K. Schulte*<br>Samuel A. Danon (FBN 892671)<br>Tom K. Schulte (FBN 1025692)<br>333 S.E. 2nd Avenue, Suite 2400<br>Miami, Florida 33131<br>Tel.: (305) 810-2500<br>Fax: (305) 810-2460<br>sdanon@huntonak.com<br>tschulte@huntonak.com<br><br>Matthew P. Bosher (admitted *pro hac vice*)<br>2200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037-1701<br>Tel.: (202) 955-1500<br>Fax: (202) 778-2201<br>mbosher@huntonak.com<br><br>Thomas R. Waskom (admitted *pro hac vice*)<br>951 East Byrd Street<br>Richmond, Virginia 23219<br>Tel.: (804) 788-8200<br>Fax: (804) 788-8218<br>twaskom@huntonak.com<br><br>*Counsel for Defendant*<br>*Armanino LLP* | */s/ Marisa R. Dorough*<br>Ty Kelly Cronin<br>(*Pro hac vice* application pending)<br>Frank C. Bonaventure, Jr.<br>(admitted *Pro hac vice*)<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>100 Light Street, 19th Floor<br>Baltimore, Maryland 21202<br>Phone: (410) 862-1049<br>tykelly@bakerdonelson.com<br>fbonaventure@bakerdonelson.com<br>-and-<br>Marisa Rosen Dorough, Esq.<br>Florida Bar No. 73152<br>BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.<br>200 South Orange Avenue, Suite 2900<br>Orlando, Florida 32801<br>Phone: (407) 422-6600<br>mdorough@bakerdonelson.com<br><br>*Counsel for Defendant*<br>*Farmington State Bank d/b/a Moonstone Bank* |
| GUNSTER, YOAKLEY & STEWART, P.A. | */s/ Michael Tein* |

| | |
|---|---|
| Brickell World Plaza<br>600 Brickell Avenue, Suite 3500<br>Miami, FL 33131<br>Tel: (305) 376-6000, (561) 655-1980<br>Fax: (305) 376-6010, (561) 655-5677<br><br>*/s/ David R. Atkinson*<br>David R. Atkinson<br>Florida Bar No.: 767239<br>datkinson@gunster.com<br>Nicole K. Atkinson<br>Florida Bar No.: 167150<br>natkinson@gunster.com<br>mmargolese@gunster.com<br>eservice@gunster.com<br><br>*Counsel for Defendant*<br>*Fenwick & West LLP* | Michael Tein<br>Fla. Bar # 993522<br>Tein Malone Trial Lawyers<br>3059 Grand Avenue<br>Coconut Grove, Florida 33133<br>(305) 442-1101<br>Tein@teinmalone.com<br><br>Brian E. Klein (*pro hac vice* application pending)<br>Scott M. Malzahn (*pro hac vice* application pending)<br>WAYMAKER LLP<br>515 S. Flower Street, Suite 3500<br>Los Angeles, California 90071<br>Telephone: (424) 652-7800<br>Facsimile: (424) 652-7850<br>bklein@waymakerlaw.com<br>smalzahn@waymakerlaw.com<br><br>*Counsel for Defendant*<br>*Multicoin Capital Management LLC* |
| */s/ T. Todd Pittenger*<br>T. TODD PITTENGER, ESQ.<br>Florida Bar No.: 768936<br>todd.pittenger@gray-robinson.com<br>KELLY J.H. GARCIA, ESQ.<br>Florida Bar No. 0694851<br>kelly.garcia@gray-robinson.com<br>GRAYROBINSON, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32802-3068<br>Telephone: 407-843-8880<br>Facsimile: 407-244-5690<br><br>Alexander C. Drylewski (admitted *pro hac vice*)<br>alexander.drylewski@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000 | */s/ Ian M. Ross*<br>Ian M. Ross, Esq.<br>Florida Bar No.: 91214<br>iross@sidley.com<br>SIDLEY AUSTIN LLP<br>1001 Brickell Bay Drive<br>Suite 900<br>Miami, FL 33131<br>Telephone: (305) 391-5100<br>Facsimilie: (305) 391-5101<br><br>Bruce R. Braun (admitted *pro hac vice*)<br>bbraun@sidley.com<br>Joanna R. Travalini (admitted *pro hac vice*)<br>jtravalini@sidley.com<br>Tommy Hoyt (admitted *pro hac vice*)<br>thoyt@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: +1 312 853 7050 |

| | |
|---|---|
| Mark R.S. Foster (admitted *pro hac vice*)<br>mark.foster@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, CA 94301<br>Telephone: (650) 470-4500<br>Facsimile: (650) 470-4570<br><br>*Counsel for Defendant Paradigm Operations LP* | Facsimile: +1 312 853 7036<br><br>*Attorneys for Defendant Prager Metis CPAs, LLC* |
| **AKERMAN LLP**<br><br>*/s/ Jacqueline M. Arango*<br>Jacqueline M. Arango<br>Florida Bar No. 664162<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374 5600<br>jacqueline.arango@akerman.com<br><br>Steven P. Ragland (*pro hac vice* forthcoming)<br>Nicholas D. Marais (*pro hac vice* forthcoming)<br>**KEKER, VAN NEST & PETERS LLP**<br>633 Battery Street<br>San Francisco, California 94111<br>Telephone: (415) 391-5400<br>sragland@keker.com<br>nmarais@keker.com<br><br>*Counsel for Defendant Ribbit Capital, L.P.* | */s/ Paul C. Huck, Jr.*<br>Paul C. Huck, Jr.<br>Florida Bar No. 968358<br>paul@lawsonhuckgonzalez.com<br>Lawson Huck Gonzalez PLLC<br>334 Minorca Avenue<br>Coral Gables, Florida 33134<br>(305) 441-2299<br><br>Jennifer Kennedy Park (admitted *pro hac vice*)<br>jkpark@cgsh.com<br>Joon Kim (admitted *pro hac vice*)<br>jkim@csgh.com<br>Rishi N. Zutshi (*pro hac vice* forthcoming)<br>rzutshi@cgsh.com<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>1841 Page Mill Rd Suite 250<br>Palo Alto, CA 94304<br>Tel: (650) 815-4130<br>Fax: (650) 815-4199<br><br>*Counsel for Defendant Sequoia Capital Operations, LLC* |
| */s/ Adam Foslid*<br>Adam Foslid<br>Florida Bar No. 682284<br>Email: afoslid@winston.com<br>Daniel Tramel Stabile | */s/ Peter H. White*<br>Peter H. White (*Pro Hac Vice* forthcoming)<br>(pete.white@srz.com)<br>Jeffrey F. Robertson (*Pro Hac Vice* forthcoming) |

| | |
|---|---|
| Florida Bar No. 95750<br>dstabile@winston.com<br>WINSTON & STRAWN LLP<br>200 South Biscayne Blvd., Suite 2400<br>Miami, FL 33131<br>Telephone: (305) 910-0500<br>Facsimile: (305) 910-0505<br><br>ANNA ERICKSON WHITE<br>(*Pro Hac Vice Forthcoming* )<br>AWhite@mofo.com<br>RYAN M. KEATS<br>(*Pro Hac Vice Forthcoming* )<br>RKeats@mofo.com<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>ERIC D. LAWSON<br>(*Pro Hac Vice Forthcoming* )<br>ELawson@mofo.com<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, NY 10019-9601<br>Telephone: 212.468.8000<br>Facsimile: 212.468.7900<br><br>*Counsel for Defendant*<br>*Softbank Vision Fund (AIV M2) L.P.* | (jeffrey.robertson@srz.com)<br>SCHULTE ROTH & ZABEL LLP<br>555 Thirteenth Street, NW<br>Suite 6W<br>Washington, DC 20004<br>202-729-7470<br>202-730-4520 (fax)<br><br>*Counsel for Defendant*<br>*Tiger Global Management LLC* |
| */s/ Jordi Guso*<br>Jordi Guso<br>Florida Bar No. 863580<br>jguso@bergersingerman.com<br>BERGER SINGERMAN LLP<br>1450 Brickell Avenue, Suite 1900<br>Miami, Florida 33131<br>Telephone: (305) 755-9500<br>Facsimile:  (305) 714-4340<br><br>Mark McKane, P.C. (admitted *pro hac vice*)<br>mark.mckane@kirkland.com<br>Anna Terteryan (admitted *pro hac vice*) | |

| | |
|---|---|
| anna.terteryan@kirkland.com<br>Stephen Silva (admitted *pro hac vice*)<br>stephen.silva@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500<br><br>*Counsel for Defendant Thoma Bravo, L.P.* | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 13, 2023, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the Court via CM/ECF, which will send notice of electronic filing to all counsel of record.

*/s/ Timothy A. Kolaya*
TIMOTHY A. KOLAYA