UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-20700-CIV-MARTINEZ

CONNOR O'KEEFE,

    Plaintiff,

v.

SEQUOIA CAPITAL OPERATIONS, LLC
*et al.*,

    Defendants.
_____/

### ORDER OF TRANSFER

**THIS CAUSE** came before this Court on the parties' Joint Motion for Reassignment ("Motion") pursuant to the June 5, 2023, Transfer Order issued by the United States Judicial Panel on Multidistrict Litigation in In re: FTX Cryptocurrency Exchange Collapse Litigation, Case No. 1:23-MD-03076. (ECF No. 89.)

**GOOD CAUSE** appearing that a transfer of this cause is appropriate pursuant to Internal Operating Procedure 2.15.00, due to the related nature of the In Re FTX Cryptocurrency Exchange Collapse Litigation proceedings, and subject to the consent of the Honorable K. Michael Moore, it is:

**ADJUDGED** that the Motion is **GRANTED**, and the above numbered cause is transferred to the calendar of Judge Moore for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of June, 2023.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

After reviewing the Court file in the above numbered cause, the undersigned accepts the transfer of this case. Therefore, it is

**ADJUDGED** that all pleadings filed after this date shall bear the following case number, 23-MD-03076-KMM, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of June, 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies provided to:
Clerk's Office
All Counsel of Record